UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| George D Zurmely | § | Case No. 16-23491 |
| Martha L Zurmely | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 64,791.00                        Assets Exempt: 14,750.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,077.85          Claims Discharged
                                                    Without Payment: 214,267.49

Total Expenses of Administration: 1,322.15

3) Total gross receipts of $ 4,400.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,400.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 198,497.27 | $ 60,328.59 | $ 60,328.59 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,322.15 | 1,322.15 | 1,322.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,760.27 | 50,998.45 | 50,998.45 | 3,077.85 |
| **TOTAL DISBURSEMENTS** | $ 217,257.54 | $ 112,649.19 | $ 112,649.19 | $ 4,400.00 |

4) This case was originally filed under chapter 7 on 07/21/2016 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2017                    By: /s/Zane L. Zielinski, Trustee
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 409 NE 13th, Abilene, KS 67410-0000 | 1110-000 | 4,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,400.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enterprise Credit Union, 102 S. Factory Street Geneseo, KS 67444 | | 29,000.00 | NA | NA | 0.00 |
| | Enterprise Credit Union, 102 S. Factory Street Geneseo, KS 67444 | | 29,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Global Lending Services, 1200 Brookfield Blvd Suite 300 Greenville, SC 29607 | | 0.00 | NA | NA | 0.00 |
| | Regional Acceptance, PO Box 830913 Birmingham, AL 35283 | | 32,997.27 | NA | NA | 0.00 |
| | Solomon State Bank, 501 N. Cedar Street Abilene, KS 67410 | | 13,000.00 | NA | NA | 0.00 |
| | Solomon State Bank, PO Box 305 Solomon, KS 67480 | | 94,500.00 | NA | NA | 0.00 |
| 1 | Enterprise Credit Union | 4110-000 | NA | 60,328.59 | 60,328.59 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 198,497.27** | **$ 60,328.59** | **$ 60,328.59** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,100.00 | 1,100.00 | 1,100.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 202.15 | 202.15 | 202.15 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,322.15** | **$ 1,322.15** | **$ 1,322.15** |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Crest Financial | 7100-000 | 834.05 | 1,205.50 | 1,205.50 | 196.86 |
| 3 | Regional Acceptance Corporation | 7100-000 | NA | 32,150.38 | 32,150.38 | 0.00 |
| 4 | Salina Interparochial Credit Union | 7100-000 | 10,223.55 | 10,223.55 | 10,223.55 | 1,669.48 |
| 5 | Time Investment Company | 7100-000 | 7,564.00 | 7,248.83 | 7,248.83 | 1,183.72 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Westar Energy Inc | 7100-000 | 138.67 | 170.19 | 170.19 | 27.79 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 18,760.27 | $ 50,998.45 | $ 50,998.45 | $ 3,077.85 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-23491 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | George D Zurmely | | | | Date Filed (f) or Converted (c): | 07/21/2016 (f) |
| | Martha L Zurmely | | | | 341(a) Meeting Date: | 08/15/2016 |
| For Period Ending: | 10/03/2017 | | | | Claims Bar Date: | 01/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 409 NE 13th, Abilene, KS 67410-0000 | 104,900.00 | 0.00 | | 4,400.00 | FA |
| 2. Caddilac ATS 2013 | 26,000.00 | 0.00 | | 0.00 | FA |
| 3. Caddilac CTS 2013 | 29,000.00 | 0.00 | | 0.00 | FA |
| 4. Harley Davidson HCST | 9,000.00 | 0.00 | | 0.00 | FA |
| 5. Chrystler 200 2016 | Unknown | 0.00 | | 0.00 | FA |
| 6. Dodge Ram 2015 | Unknown | 0.00 | | 0.00 | FA |
| 7. Misc household goods and Furniture of Debtors | 850.00 | 0.00 | | 0.00 | FA |
| 8. Personal Used Clothing of Debtors | 650.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Bands | 700.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 11. Solomon State Bank Savings | 236.00 | 0.00 | | 0.00 | FA |
| 12. Dickison City Bank Checking | 17.00 | 0.00 | | 0.00 | FA |
| 13. Navy Federal Credit Union Savings | 5.00 | 5.00 | | 0.00 | FA |
| 14. Streator Community Credit Union Checking | 8.00 | 0.00 | | 0.00 | FA |
| 15. Streator Community Credit Union Savings | 25.00 | 0.00 | | 0.00 | FA |
| 16. Streator Community Credit Union Checking | 600.00 | 0.00 | | 0.00 | FA |
| 17. Streator Community Credit Union Savings | 25.00 | 0.00 | | 0.00 | FA |
| 18. Walmart Stock | 400.00 | 0.00 | | 0.00 | FA |
| 19. 401(k) Through Employer | 6,000.00 | 0.00 | | 0.00 | FA |
| 20. Security Deposit Held by Landlord | 925.00 | 0.00 | | 0.00 | FA |
| 21. Judgment Entered Against Jessie Howard (Not Collectable) | 5,000.00 | 0.00 | | 0.00 | FA |
| 22. Worker's Compensation (Potential) | Unknown | Unknown | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

|  | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $184,441.00 | $5.00 | $4,400.00   $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):         Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-23491 | Trustee Name: | Zane L. Zielinski, Trustee | |
| Case Name: | George D Zurmely | Bank Name: | Associated Bank | |
| | Martha L Zurmely | Account Number/CD#: | XXXXXX1668 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1148 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/03/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/17 | 1 | Solomon State Bank<br>Solomon, Kansas | Sale of Real Estate | 1110-000 | $4,400.00 | | $4,400.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,390.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,380.00 |
| 08/18/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,302.15 | $3,077.85 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,100.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($202.15) | 2200-000 | | | |
| 08/18/17 | 5002 | Westar Energy Inc<br>Attn Bankruptcy Team<br>Po Box 208<br>Wichita, Ks 67201 | Final distribution to claim 2 representing a payment of 16.33 % per court order. | 7100-000 | | $27.79 | $3,050.06 |
| 08/18/17 | 5003 | Salina Interparochial Credit Union<br>1927 S. Ohio Street<br>Salina, Ks 67401 | Final distribution to claim 4 representing a payment of 16.33 % per court order. | 7100-000 | | $1,669.48 | $1,380.58 |
| 08/18/17 | 5004 | Time Investment Company<br>100 N 6Th Ave/Po Box 248<br>West Bend, Wi 53095 | Final distribution to claim 5 representing a payment of 16.33 % per court order. | 7100-000 | | $1,183.72 | $196.86 |
| 08/18/17 | 5005 | Crest Financial<br>61 West 13490 South<br>Draper, Ut 84020 | Final distribution to claim 6 representing a payment of 16.33 % per court order. | 7100-000 | | $196.86 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $4,400.00 | $4,400.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $4,400.00 | $4,400.00 |
| | Page Subtotals: | $4,400.00 | $4,400.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

|  |  |  |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,400.00 | $4,400.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1668 - Checking | $4,400.00 | $4,400.00 | $0.00 |
| | $4,400.00 | $4,400.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,400.00 |
| Total Gross Receipts: | $4,400.00 |

Page Subtotals:    $0.00    $0.00